UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANNAMARIE RIETHMILLER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GBR PIZZA INC,<br><br>　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-43-D-RN** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff failed to pay the filing fee or submit an Application to Proceed Without Prepayment of Fees and failed to correct filing deficiencies as directed by the order at [D.E. 4] entered March 15, 2023. Therefore, this case is closed.

**This Judgment Filed and Entered on April 21, 2023, and Copies To:**

Annamarie Riethmiller  (via U.S. Mail to 1009 Delma Grimes Road, Coats, NC 27521)

DATE: April 21, 2023　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　　　(By)　/s/ Stephanie Mann
　　　　　　　　　　　　　　　　　　　　Deputy Clerk